18839. STARR *v.* THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and none of the grounds of the motion for a new trial show cause for a reversal of the judgment.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 15, 1928.

*Shelby Myrick, H. Mercer Jordan,* for plaintiff in error.